IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:11CR71-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | SCHEDULING ORDER |
| ) | |
| EDUARDO RICO PACHECO ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed on June 4, 2013[1], remanding this case for re-sentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1)  This matter is hereby scheduled for re-sentencing on **Monday, August 5, 2013, at 2:30 PM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina; and

2)  A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: July 1, 2013

Richard L. Voorhees
United States District Judge

---

[1] Mandate issued on June 26, 2013.